UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CRYSTAL CARPENTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>KENT COTTON, BS; AND STEADFAST HOUSING DEVELOPMENT CORPORATION,<br><br>          Defendants. | CIV. NO. 22-00198 LEK-WRP |

**ORDER DISMISSING, WITHOUT PREJUDICE,
<u>PLAINTIFF'S COMPLAINT FOR A CIVIL CASE</u>**

On April 27, 2022, pro se Plaintiff Crystal Carpenter ("Plaintiff") filed a Complaint for a Civil Case ("Complaint"). [Dkt. no. 1.] Because Plaintiff's Complaint was not filed with either the required filing fee or an application to proceed in forma pauperis ("IFP"),[1] a Deficiency Order was issued on April 27, 2022. [Dkt. no. 2.] The Deficiency Order cautioned Plaintiff that the failure to either pay the filing fee or file a completed IFP application within twenty-eight days from the filing of the Deficiency Order would result in the automatic dismissal of the case. [<u>Id.</u> at PageID #: 9-10.]

More than twenty-eight days has passed since the filing of the Deficiency Order, and Plaintiff has neither paid

---

[1] The district court's IFP application form is titled "Application to Proceed in District Court Without Prepaying Fees or Costs."

the filing fee nor filed an IFP application.  Further, Plaintiff has not requested additional time to do so.  Plaintiff's Complaint is therefore DISMISSED.  The dismissal is WITHOUT PREJUDICE to the filing of a new action.  The Clerk's Office is DIRECTED to close this case on **June 23, 2022** unless Plaintiff files a motion for reconsideration on or before **June 22, 2022.**

　　　　IT IS SO ORDERED.

　　　　DATED AT HONOLULU, HAWAII, June 7, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

CRYSTAL CARPENTER V. KENT COTTON, BS, ET AL; CV 22-00198 LEK-WRP; ORDER DISMISSING, WITHOUT PREJUDICE, PLAINTIFF'S COMPLAINT FOR A CIVIL CASE